IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKLAS HEMDAL and STEPHANIE HEMDAL on behalf of ANDERS HEMDAL, a minor** : <br>     **Plaintiffs,** : <br> : <br> v. : <br> : <br> **SCHUYLKILL VALLEY SCHOOL DISTRICT,** *et al.* : <br>     **Defendants.** : <br> : | **CIVIL ACTION NO. 12-5925** |

## ORDER

**AND NOW,** this 20th day of February 2014, upon consideration of Defendants' Motion to Dismiss and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as to Count I, and that claim is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the Court declines to exercise supplemental jurisdiction over the remaining state-law claims and those claims are **DISMISSED WITHOUT PREJUDICE** to the filing of an appropriate action in state court. The Clerk is directed to **CLOSE** the case.

    It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**